```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| **GEORGIA TEACHER,** *et al.,*   * | |
| * | |
| Plaintiffs,   * | |
| * | |
| vs.   * | CIVIL ACTION NO. 14-00546-CG-B |
| * | |
| * | |
| **BOBBY NEAL,** *et al.,*   * | |
| * | |
| Defendants.   * | |

## REPORT AND RECOMMENDATION

This case is before the Court on Plaintiffs' Motion to Remand, and Defendant's response. (Docs. 9, 13). The motion has been referred to the undersigned Magistrate Judge for entry of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Upon consideration of Plaintiffs' motion, and Defendant's response, the undersigned **RECOMMENDS** that Plaintiffs' motion be **granted**, and that this action be **remanded** to the Circuit Court of Hale County, Alabama.

Defendant Bobby Neal removed this action under 28 U.S.C. § 1332 based on diversity of citizenship and on the assertion that the amount in controversy exceeds $75,000 because each Plaintiff claims, in each count, damages not to exceed $74,499.00.[1] (Doc.

---

[1] 28 U.S.C. § 1332 provides:

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the

1). According to Defendant, when the damages claimed in each count are added together, the amount in controversy exceeds $75,000. In Plaintiffs' motion seeking remand (Doc. 10), they assert that their individual damages' claims are limited to $74,499.00, and they clarify, in accompanying affidavits, that they will not seek, and under no circumstances will they accept a judgment or settlement in excess of "$74,999.00 exclusive of interest." (Docs. 10, 10-1). Defendant acknowledges that in light of Plaintiffs' stipulations, this action should be remanded to the Circuit Court of Hale County, Alabama. (Doc. 13). Defendant also requests an order directing Plaintiffs and their counsel to strictly adhere to their damage limitations.

---

sum or value of $ 75,000, exclusive of interest and costs, and is between—

    (1) Citizens of different States;

    (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

    (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

    (4) a foreign state, defined in section 1603(a) of this title [28 U.S.C. § 1603 (a)] as plaintiff and citizens of a State or of different States.

In light of the foregoing, the undersigned **RECOMMENDS** that Plaintiffs' motion be **granted**, and that this action be **remanded** to the Circuit Court of Hale County, Alabama. The undersigned finds that an order directing Plaintiffs and their counsel to strictly adhere to their damage limitations is unnecessary given their obligations under Rule 11 of the Federal Rules of Civil Procedure.

### Notice of Right to File Objections

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. L.R. 72.4. In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this **14th** day of **January, 2015.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**