IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA TEACHER, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0546-CG-B |
| | ) |
| BOBBY NEAL, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated January 14, 2015, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Plaintiffs' motion to remand (Doc. 9) is **GRANTED,** and this action is **REMANDED** to the Circuit Court of Hale County, Alabama, from whence is was removed.

**DONE and ORDERED** this 29th day of January, 2015.

                                           /s/ Callie V. S. Granade
                                           UNITED STATES DISTRICT JUDGE